UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
ELMER WAYNE EMERSON                                CASE NO. 20-10127
BETTIE MCDANIEL EMERSON                            JUDGE BENJAMIN A. KAHN
PO BOX 117
PELHAM, NC  27311

    DEBTORS

SSN(1) XXX-XX-0423        SSN(2) XXX-XX-1995            DATE: 10/06/2020

## REPORT OF FILED CLAIMS

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| AT&T MOBILITY II LLC<br>% AT&T SERVICES INC<br>ONE AT&T WAY STE 3A104<br>BEDMINSTER, NJ  07921 | $0.00<br>INT: .00%<br>NAME ID: 142518<br>CLAIM #:  0008 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| BANK OF AMERICA<br>P O BOX 15102<br>WILMINGTON, DE  19886-5102 | $2,489.79<br>INT: .00%<br>NAME ID: 63803<br>CLAIM #:  0009 | (U) UNSECURED<br><br>ACCT: 3132<br>COMMENT: |
| BEACON CREDIT UNION<br>107 LEROY BOWEN DR<br>LYNCHBURG, VA  24502 | $8,932.50<br>INT: 6.75%<br>NAME ID: 176371<br>CLAIM #:  0005 | (V) VEHICLE-SECURED<br><br>ACCT: 3729<br>COMMENT: 10CADI |
| BEACON CREDIT UNION<br>107 LEROY BOWEN DR<br>LYNCHBURG, VA  24502 | $4,700.78<br>INT: .00%<br>NAME ID: 176371<br>CLAIM #:  0007 | (U) UNSECURED<br><br>ACCT: 3729<br>COMMENT: SPLIT |
| CAPITAL ONE BANK USA NA<br>% AMERICAN INFOSOURCE LP<br>P O BOX 71083<br>CHARLOTTE, NC  28272 | $982.79<br>INT: .00%<br>NAME ID: 116268<br>CLAIM #:  0010 | (U) UNSECURED<br><br>ACCT: 7303<br>COMMENT:  WALMART |
| CASWELL COUNTY TAX<br>P O BOX 204<br>YANCEYVILLE, NC  27379 | $0.00<br>INT: .00%<br>NAME ID: 7715<br>CLAIM #:  0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| FIRST CITIZENS BANK & TRUST COMPANY<br>ATTN BANKRUPTCY DEPT<br>P O BOX 25187<br>RALEIGH, NC  27611-5187 | MONTHLY PMT $541.80<br>INT: .00%<br>NAME ID: 173088<br>CLAIM #:  0006 | (Y) VEHICLE-ONGOING<br><br>ACCT: 6646<br>COMMENT:  17TOYO,CTD EFF JUL20 |
| FIRST CITIZENS BANK & TRUST COMPANY<br>ATTN BANKRUPTCY DEPT<br>P O BOX 25187<br>RALEIGH, NC  27611-5187 | $2,709.00<br>INT: .00%<br>NAME ID: 173088<br>CLAIM #:  0022 | (R) ARREARAGE-SECURED<br><br>ACCT: 6646<br>COMMENT:  17TOYO,ARR THRU JUN20 |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| GREENSBORO RADIOLOGY<br>1331 N ELM ST STE 200<br>GREENSBORO, NC  27401 | $0.00<br>INT: .00%<br>NAME ID: 149128<br>CLAIM #: 0014 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INSURANCE CO OF THE SOUTH -<br>NFI RECOVERY DEPT<br>P O BOX 45153<br>JACKSONVILLE, FL  32232 | $1,968.90<br>INT: .00%<br>NAME ID: 127675<br>CLAIM #: 0019 | (U) UNSECURED<br><br>ACCT: 5893<br>COMMENT: 420TFCL |
| INSURANCE CO OF THE SOUTH -<br>NFI RECOVERY DEPT<br>P O BOX 45153<br>JACKSONVILLE, FL  32232 | $1,726.57<br>INT: .00%<br>NAME ID: 127675<br>CLAIM #: 0020 | (U) UNSECURED<br><br>ACCT: 1745<br>COMMENT: 420TFCL |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #: 0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 0423<br>COMMENT: |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $2,829.73<br>INT: .00%<br>NAME ID: 158804<br>CLAIM #: 0016 | (U) UNSECURED<br><br>ACCT: 2580<br>COMMENT:  BELK |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $3,649.96<br>INT: .00%<br>NAME ID: 158804<br>CLAIM #: 0017 | (U) UNSECURED<br><br>ACCT: 2971<br>COMMENT:  CARE CREDIT |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 7999<br>SAINT CLOUD, MN  56302-9617 | $1,463.92<br>INT: .00%<br>NAME ID: 68880<br>CLAIM #: 0018 | (U) UNSECURED<br><br>ACCT: 9414<br>COMMENT: |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 7999<br>SAINT CLOUD, MN  56302-9617 | $829.73<br>INT: .00%<br>NAME ID: 68880<br>CLAIM #: 0021 | (U) UNSECURED<br><br>ACCT: 2580<br>COMMENT: |
| JPMORGAN CHASE BANK NA<br>P O BOX 15368<br>WILMINGTON, DE  19850 | $1,730.31<br>INT: .00%<br>NAME ID: 177188<br>CLAIM #: 0011 | (U) UNSECURED<br><br>ACCT: 2535<br>COMMENT: |
| JPMORGAN CHASE BANK NA<br>P O BOX 15368<br>WILMINGTON, DE  19850 | $2,015.69<br>INT: .00%<br>NAME ID: 177188<br>CLAIM #: 0012 | (U) UNSECURED<br><br>ACCT: 2624<br>COMMENT: |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $851.60<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #: 0013 | (U) UNSECURED<br><br>ACCT: 7148<br>COMMENT: |
| MARINER FINANCE LLC<br>8211 TOWN CENTER DR<br>NOTTINGHAM, MD  21236 | $3,908.54<br>INT: .00%<br>NAME ID: 149311<br>CLAIM #: 0015 | (U) UNSECURED<br><br>ACCT: 1237<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0003 | | (P) PRIORITY<br>NOT FILED<br>ACCT: 0423<br>COMMENT: |
| SCHEWEL FURNITURE COMPANY INC<br>P O BOX 6120<br>LYNCHBURG, VA  24505-6120 | $1,370.23<br>INT: 6.75%<br>NAME ID: 134051<br>CLAIM #: 0004 | | (S) SECURED<br><br>ACCT: 6411<br>COMMENT: OC,PP |
| **TOTAL:** | **$42,701.84** | | |
| BRANDI L RICHARDSON ESQ<br>LAW OFFICE OF CATHY R STROUPE PA<br>P O BOX 840<br>REIDSVILLE, NC  27323 | $4,500.00 | | ATTORNEY FEE |

ANITA JO KINLAW TROXLER,
TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office. The claims are allowed unless objection is made by the Debtors or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

        Clerk, U.S. Bankruptcy Court
        101 S. Edgeworth Street
        P.O. Box 26100
        Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court. The Trustee will continue making disbursements on the claims unless an objection is filed.

Date: 10/06/2020        OFFICE OF THE CHAPTER 13 TRUSTEE

        By: /s/ Gayle McFarland
        Clerk
        Chapter 13 Office
        500 W FRIENDLY AVE STE 200
        P O BOX 1720
        GREENSBORO, NC  27402-1720

cc: Debtors
    Attorney for Debtors - Electronic Notice